PROB 12A
(6/16)

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 13, 2023

SEAN F. McAVOY, CLERK

## Report on Offender Under Supervision
*(No Action Requested)*

| | |
|---|---|
| Name of Offender: Taqiuddin Ibn Khalid | Case Number: 0980 2:20CR00152-WFN-1 |
| Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge | |
| Date of Original Sentence: August 5, 2021 | Type of Supervision: Supervised Release |
| Original Offense: Felon in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1), 924(a)(2) | Date Supervision Commenced: July 22, 2022 |
| Original Sentence: Prison - 27 months<br>TSR - 36 months | Date Supervision Expires: July 21, 2025 |

### NONCOMPLIANCE SUMMARY

On July 22, 2022, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Khalid, as outlined in the judgement and sentence. He signed a copy acknowledging the requirements.

The offender has not complied with the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On January 12, 2023, Mr. Taqiuddin Khalid admitted violating special condition number 3 by consuming cocaine and alcohol on or about December 31, 2022. |

**U.S. Probation Officer Action**:

The above-named individual appeared before Your Honor after he pled guilty to Felon in Possession of a Firearm and Ammunition, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2). Mr. Khalid was subsequently sentenced to a 27-month term of custody. Upon release from Bureau of Prisons' custody, he was ordered to serve a 3-year term of supervised release subject to conditions of supervision.

It should be noted, at the time the underlying federal offense was committed, the offender was being supervised by the U.S. Probation Office for another federal offense.

On July 22, 2022, Mr. Khalid was released from custody and began his current term of supervision.

On August 24, 2022, as ordered by the Court, the offender was subject to an updated substance abuse assessment with Pioneer Human Services (PHS). As a result of that assessment, Mr. Khalid became engaged in outpatient treatment as recommended, to include phase urinalysis testing.

Prob12A
**Re: Khalid, Taqiuddin Ibn**
**February 10, 2023**
**Page 2**

On January 3, 2023, the offender was subject to phase urinalysis testing at PHS when his assigned color was identified for testing. On that date, Mr. Khalid provided a urine sample that tested presumptive positive for cocaine. Because he denied the use of illicit substances, the sample was sent to the laboratory for confirmation.

On January 9, 2023, this officer received notification from the laboratory that the urine sample provided by the offender on January 3, 2023, was negative for cocaine.

On January 12, 2023, the offender was contacted and instructed to report to the U.S. Probation Office to discuss the laboratory results. Before this officer could tell Mr. Khalid that the results were negative, he admitted to the use of both cocaine and alcohol on or about December 31, 2022, when he and some friends had been celebrating the new year; he signed an admission of use form confirming his use.

While this officer is disappointed by the offender's admitted drug use, his willingness to be honest is refreshing. Although the laboratory results absolved him of any wrongdoing, Mr. Khalid chose to reveal his drug use to this officer. Since that date, the offender has continued to be subject to random and phase urinalysis testing, and the U.S. Probation Office is not aware of any additional instances of drug use. Based on the above-stated information, particularly Mr. Khalid's willingness to be honest about his relapse without being prompted, the undersigned respectfully recommends the Court endorse the actions taken regarding this noncompliance, and no further action be taken at this time.

I declare under penalty of perjury that the foregoing is true and correct.

Executed On: 02/10/2023

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

[X]  Court Concurs with Officer Action
[ ]  Submit a Request for Modifying the Condition or Term of Supervision
[ ]  Submit a Request for Warrant or Summons
[ ]  Other

Signature of Judicial Officer

2/13/2023
Date