PROB 12C
(6/16)

Report Date: September 6, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 06, 2023

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Taqiuddin Ibn Khalid | Case Number: 0980 2:20CR00152-WFN-1 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | Spokane Valley, Washington 99016 |

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: August 5, 2021

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1), 924(a)(2) | |
| Original Sentence: | Prison - 27 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Patrick J. Cashman | Date Supervision Commenced: July 22, 2022 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: July 21, 2025 |

### PETITIONING THE COURT

To issue a **warrant**.

On July 22, 2022, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Khalid, as outlined in the judgement and sentence. He signed a copy acknowledging the requirements.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.<br><br>**Supporting Evidence**: On August 16, 2023, Taqiuddin Khalid allegedly violated standard condition number 2 by failing to report to the assigned probation officer as instructed.<br><br>In the evening of August 15, 2023, the offender sent this officer a text message stating he had sought medical treatment for dehydration, due to a heat stroke.  Mr. Khalid claimed he would have to remain at the hospital overnight because his "kidneys are not working properly at the moment."<br><br>On August 16, 2023, the undersigned received notification from Pioneer Human Services (PHS) that Mr. Khalid had failed to report for phase urinalysis testing on August 15, 2023, when his assigned color was identified for testing.  That same morning, the undersigned attempted to contact the offender in response to his text message, and to address his failure to report for phase urinalysis testing, but was unsuccessful. |

Prob12C
**Re: Khalid, Taqiuddin Ibn**
**September 6, 2023**
**Page 2**

Later on August 16, 2023, at approximately 12:15 p.m., this officer subsequently sent Mr. Khalid voice and text messages instructing him to contact the undersigned officer by 2:30 p.m. on that date.

The offender failed to contact this officer until approximately 5:39 p.m., after close-of-business. Mr. Khalid claimed he had taken the day off to "rest," but then claimed he did not see this officer's missed calls because he did not get up until noon, then "helped his mom tidy up" the house. This officer informed the offender that the undersigned last tried calling at 12:15 p.m., shortly after he got up.

2  **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On or about August 15, 2023, Taqiuddin Khalid allegedly violated special condition number 3 by consuming cocaine.

On the evening of August 16, 2023, when Mr. Khalid finally contacted this officer, he was instructed to report to the U.S. Probation Office the next morning to meet with this officer. When informed he would be subject to random urinalysis testing the next morning, on August 17, 2023, the offender admitted he was going "to be hot."

The offender subsequently admitted to the use of cocaine on or about August 15, 2023.

On August 17, 2023, when the offender reported to the U.S. Probation Office as instructed, he signed an admission of use form confirming his use.

3  **Special Condition #5**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: On or about August 15, 2023, Taqiuddin Khalid allegedly violated special condition number 5 by consuming alcohol.

On August 17, 2023, the offender reported to the U.S. Probation Office as instructed by this officer. He subsequently admitted to the use of cocaine and alcohol on or about August 15, 2023. He signed an admission of use form confirming that use.

4  **Mandatory Condition #1**: You must not commit another federal, state or local crime.

**Supporting Evidence**: On September 5, 2023, Taqiuddin Khalid allegedly violated mandatory condition number 1 by being arrested for Driving Under the Influence, in violation of RCW 46.61.502.

On September 6, 2023, this officer received notification from a trooper with the Washington State Patrol (WSP) that the offender had been arrested on September 5, 2023, for driving under the influence (DUI).

Prob12C
Re: Khalid, Taqiuddin Ibn
September 6, 2023
Page 3

According to the information received, the initial reason for the traffic stop was multiple unsafe lane changes, following too close, and speeding. Mr. Khalid was subject to field sobriety tests and performed poorly, he then provided a preliminary breath sample with a blood alcohol content (BAC) of .099.

As of the writing of this report, Mr. Khalid remains incarcerated at the Spokane County Jail and is scheduled to appear in Spokane County District Court for an initial appearance on September 6, 2023, at 3 p.m.

The U.S. Probation Office respectfully recommends the Court issue a **warrant** requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 09/06/2023

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

9/6/2023
Date