PROB 12C
(6/16)

Report Date: November 17, 2023

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 17, 2023

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Taqiuddin Ibn Khalid | Case Number: 0980 2:20CR00152-WFN-1 |
| Address of Offender: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Spokane Valley, Washington 99016 | |
| Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge | |
| Date of Original Sentence: August 5, 2021 | |
| Original Offense: | Felon in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1), 924(a)(2) |
| Original Sentence: Prison - 27 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Patrick J Cashman | Date Supervision Commenced: July 22, 2022 |
| Defense Attorney: Molly Marie Winston | Date Supervision Expires: July 21, 2025 |

### PETITIONING THE COURT

To issue a **warrant** and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 9/6/2023.

On July 22, 2022, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Khalid, as outlined in the judgement and sentence. He signed a copy acknowledging the requirements.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Mandatory Condition #1**:  You must not commit another federal, state or local crime. |
| | **Supporting Evidence**: On October 10, 2023, Taqiuddin Khalid allegedly violated mandatory condition number 1 by driving while license suspended (second degree). |
| | During the evening of October 10, 2023, Mr. Khalid sent this officer a text message stating he had been arrested in Whitman County for "driving without a license" earlier that morning. The offender was instructed to report to the U.S. Probation Office to meet with this officer as instructed. |
| | On October 11, 2023, the offender reported to the U.S. Probation Office as instructed.  Mr. Khalid provided this officer with a letter from the State of Washington's Department of Licensing (DOL), stating that his license would be suspended at 12:01 a.m. on October 23, 2023. |
| | This officer subsequently contacted the DOL to inquire about the discrepancy and was advised that the offender had been sent two separate notices; while one notice stated that the |

Prob12C
Re: Khalid, Taqiuddin Ibn
November 17, 2023
Page 2

suspension would be effective October 23, 2023, the other letter gave notice that Mr. Khalid's license would be suspended effective October 5, 2023, as a result of his recent arrest for driving under the influence (DUI) on September 5, 2023.

The offender was scheduled to appear in Court for the driving while license suspended charge on November 16, 2023. This officer spoke to the attorney representing Mr. Khalid in that case shortly before the hearing and counsel stated that they would be asking the court for a continuance to allow the offender the opportunity to obtain a restricted license.

6     **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On November 15, 2023, Taqiuddin Khalid allegedly violated special condition number 3 by failing to report for phase urinalysis testing when his assigned color was identified for testing.

On November 16, 2023, this officer received notification from Pioneer Human Services (PHS) that the offender failed to report for phase urinalysis testing on November 15, 2023, when his assigned color was identified for testing.

On November 16, 2023, the undersigned attempted to contact Mr. Khalid via voice and text messages, in an attempt to have him report to the U.S. Probation Office to submit to random urinalysis testing so that the missed urinalysis could be excused, however, he did not answer or respond.

7     **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence**: On November 17, 2023, Taqiuddin Khalid allegedly violated standard condition number 2 by failing to report as instructed.

On November 16, 2023, multiple attempts were made to contact the offender, via voice and text messages, but he did not answer or respond.

On the morning of November 17, 2023, this officer again attempted to contact Mr. Khalid; when he did not answer, he was sent voice and text messages instructing him to contact his probation officer by 10 a.m. In addition to calling and texting, the undersigned also sent a message to the offender's ankle monitor instructing him to "contact your officer immediately," but he did not respond to that message.

Approximately an hour later, this officer contacted the offender's mother, with whom he resides. She stated he was home and then went to wake him. The undersigned officer could hear Mr. Khalid's mother tell him that his probation officer was on the phone and needed to speak to him, but he declined to speak with this officer. The undersigned then reiterated the offender would need to check-in with this officer, at the U.S. Probation Office, by 10 a.m. on November 17, 2023.

Prob12C
Re: Khalid, Taqiuddin Ibn
November 17, 2023
Page 3

At the time of this report, Mr. Khalid has failed to contact the undersigned officer or report to the probation office.

The U.S. Probation Office respectfully recommends the Court to issue a **warrant** and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 11/17/2023

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

## THE COURT ORDERS

- [ ] No Action
- [X] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

Signature of Judicial Officer

11/17/2023
Date