PROB 12C
(6/16)

Report Date: November 20, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 20, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Taqiuddin Ibn Khalid                                Case Number: 0980 2:20CR00152-WFN-1

Address of Offender: ███████████████████  Spokane Valley, Washington 99016

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: August 5, 2021

Original Offense:   Felon in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1), 924(a)(2)

Original Sentence:   Prison - 27 months          Type of Supervision: Supervised Release
                     TSR - 36 months

Asst. U.S. Attorney:   Patrick J. Cashman          Date Supervision Commenced: July 22, 2022

Defense Attorney:      Molly Marie Winston         Date Supervision Expires: July 21, 2025

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 9/6/2023 and 11/17/2023.

On July 22, 2022, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Khalid, as outlined in the judgement and sentence. He signed a copy acknowledging the requirements.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 8 | **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On or about November 15, 2023, Taqiuddin Khalid allegedly violated special condition number 3 by consuming cocaine and methamphetamine.<br><br>On November 17, 2023, the offender reported to the U.S. Probation Office; despite being instructed by the undersigned officer to report by 10 a.m., Mr. Khalid did not report until shortly after 1 p.m.<br><br>He readily admitted to the use of cocaine on or about November 15, 2023, and signed an admission of use form confirming that use. |

Prob12C
**Re: Khalid, Taqiuddin Ibn**
**November 20, 2023**
**Page 2**

The offender was then subject to random urinalysis testing and provided a urine sample that tested presumptive positive for cocaine, methamphetamine, and amphetamine. Mr. Khalid denied the use of methamphetamine, but acknowledged that it could have been in the cocaine he consumed; he signed a denial of use form confirming his denial. The urine sample was sent to the laboratory for further testing, and as of the writing of this report, those results remain outstanding.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   11/20/2023

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

## THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

11/20/2023
Date