PROB 12C
(6/16)

Report Date:  February 12, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Feb 12, 2024

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Taqiuddin Ibn Khalid          Case Number: 0980 2:20CR00152-WFN-1

Address of Offender: ███████████████ Spokane Valley, Washington 99016

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: August 5, 2021

| | |
|---|---|
| Original Offense: | Felon in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1), 924(a)(2) |
| Original Sentence: | Prison - 27 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Patrick J. Cashman | Date Supervision Commenced: July 22, 2022 |
| Defense Attorney: | Molly Marie Winston | Date Supervision Expires: July 21, 2025 |

### PETITIONING THE COURT

To issue a **warrant** and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 9/6/2023, 11/17/2023 and 11/20/2023.

On July 22, 2022, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Khalid, as outlined in the judgement and sentence. He signed a copy acknowledging the requirements.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 9 | **Standard Condition #8**:  You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer. |

**Supporting Evidence**:  On January 23, 2024, Taqiuddin Khalid allegedly violated standard condition number 8 by associating with a woman who was a wanted felon.

According to the information received from the Spokane Police Department (SPD), officers were dispatched to the offender's location after reports were made about a suspicious vehicle.  When officers arrived, Mr. Khalid was located in the vehicle (which is registered in his name); he was accompanied by a woman.  The couple was subsequently detained and officers observed evidence of possible drug use and lewd conduct.

Once the occupants of the vehicle were identified, the female passenger was arrested for an outstanding Washington State Department of Corrections (WA DOC) warrant.  As the passenger exited the vehicle, law enforcement located drug paraphernalia.

Prob12C
**Re: Khalid, Taqiuddin Ibn**
**February 12, 2024**
**Page 2**

It should be noted that the offender did not request authorization to associate with the woman involved in this incident, and given her status as a wanted felon, a request to associate would likely have been denied.

10      **Standard Condition #9**:  If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.

**Supporting Evidence**: On or about January 26, 2024, Taqiuddin Khalid failed to report law enforcement contact.

On January 23, 2024, the offender was contacted by SPD officers at approximately 11 p.m.

Because Mr. Khalid made no mention of the law enforcement contact on January 23, 2024, he was instructed to report to the U.S. Probation Office to meet with the assigned probation officer on January 29, 2024.

During the meeting on January 29, 2024, the offender was confronted about his contact with law enforcement and subsequent failure to report that contact.  Mr. Khalid insisted that he had simply given a friend a ride, and was going to notify this officer of the law enforcement contact, but forgot.

11      **Special Condition #3**:  You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On or about January 29, 2023, Taqiuddin Khalid allegedly violated special condition number 3 by consuming methamphetamine and fentanyl.

On January 26, 2024, the offender was instructed to report to the U.S. Probation Office to meet with this officer.  At that time, Mr. Khalid was outfitted with a sweat patch to monitor his sobriety; this officer noted that the offender became very upset when notified he would be having a sweat patch applied, instead insisting that he would be willing to submit to urinalysis testing on a daily basis.  When asked if he would be positive for any illicit substances, the offender adamantly denied any drug use and suggested that he was offended this officer had "questioned his sobriety."

On January 29, 2024, the sweat patch was removed and sent to the laboratory to be tested. During that visit, this officer informed Mr. Khalid that the test results of the sweat patch would determine whether a summons or warrant was requested.

On February 12, 2024, this officer received notification from the laboratory that the sweat patch worn by Mr. Khalid was positive for methamphetamine and fentanyl.  According to the lab, amphetamine was also found to be present.

The U.S. Probation Office respectfully recommends the Court to issue a warrant and incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

**Prob12C**
**Re: Khalid, Taqiuddin Ibn**
**February 12, 2024**
**Page 3**

I declare under penalty of perjury that the foregoing is true and correct.

| Executed on: | 02/12/2024 |
|---|---|
| | s/Amber M.K. Andrade |
| | Amber M.K. Andrade |
| | U.S. Probation Officer |

## THE COURT ORDERS

[  ]  No Action
[ x ]  The Issuance of a Warrant
[  ]  The Issuance of a Summons
[ x ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[  ]  Defendant to appear before the Judge assigned to the case.
[ x ]  Defendant to appear before the Magistrate Judge.
[  ]  Other

Signature of Judicial Officer

February 12, 2024

Date