PROB 12C
(6/16)

Report Date: August 1, 2024

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 02, 2024

SEAN F. MCAVOY, CLERK

| | | | |
|---|---|---|---|
| Name of Offender: | Taqiuddin Ibn Khalid | Case Number: | 0980 2:20CR00152-TOR-1 |
| Address of Offender: | ▓▓▓▓▓▓▓▓▓▓ | Spokane Valley, Washington 99016 | |

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: August 5, 2021

Original Offense: Felon in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1), 924(a)(2)

Original Sentence: Prison - 27 months        Type of Supervision: Supervised Release
TSR - 36 months

Revocation Sentence:      Prison - 6 months
(March 26, 2024)          TSR - 36 months

Asst. U.S. Attorney:   Patrick J. Cashman       Date Supervision Commenced: July 8, 2024

Defense Attorney:      Molly Marie Winston      Date Supervision Expires: January 7, 2027

### PETITIONING THE COURT

To issue a summons.

On July 8, 2024, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Khalid, as outlined in the judgement and sentence. He signed a copy acknowledging the requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #4**:  You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: On or about July 19, 2024, Taqiuddin Khalid allegedly violated special condition number 4 by consuming methamphetamine.

On July 22, 2024, this officer attempted to contact Mr. Khalid in order to conduct an initial home inspection.  Because he did not answer or respond, the undersigned then attempted to make contact with the offender at his residence, but was once again unsuccessful.

Prob12C
Re: Khalid, Taqiuddin Ibn
August 1, 2024
Page 2

While parked outside his residence, the undersigned officer sent the offender a text message instructing him to report to the U.S. Probation Office at 8 a.m. the next morning, on July 23, 2024.

At approximately 8:30 a.m. on July 23, 2024, this officer contacted Mr. Khalid to inquire if he would be reporting as instructed, and he advised he was on his way but running late. This officer asked the offender if he would be positive for any illicit substances during random urinalysis testing and he responded that he "shouldn't be." When asked what that meant, Mr. Khalid advised he had used methamphetamine on or about July 19, 2024.

A few hours later, when he did finally report, the offender was subject to random urinalysis and provided a urine sample that was presumptive positive for methamphetamine. Mr. Khalid signed an admission of use form confirming he had consumed methamphetamine on or about July 19, 2024; therefore the sample was not sent to the lab for additional testing.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  08/01/2024

s/Amber M.K. Andrade

Amber M. K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

Thomas O. Rice
United States District Judge

August 2, 2024
Date