PROB 12C
(6/16)

Report Date: October 29, 2024

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 30, 2024

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Taqiuddin Ibn Khalid  Case Number: 0980 2:20CR00152-TOR-1

Address of Offender: ███████████████████, Spokane, Washington 99202

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: August 5, 2021

| | |
|---|---|
| Original Offense: | Felon in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1), 924(a)(2) |
| Original Sentence: | Prison - 27 months  TSR - 36 months |
| | Type of Supervision: Supervised Release |
| Revocation Sentence: (March 26, 2024) | Prison - 6 months  TSR - 36 months |
| Asst. U.S. Attorney: | Earl Allan Hicks |
| | Date Supervision Commenced: July 8, 2024 |
| Defense Attorney: | Adrien Lindsay Fox |
| | Date Supervision Expires: January 7, 2027 |

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violation(s) previously reported to the Court on 08/01/2024.

On July 8, 2024, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Khalid, as outlined in the judgement and sentence. He signed a copy acknowledging the requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Special Condition #1**: You must reside in a residential reentry center (RRC) for a period up to 180 days at the direction of the supervising officer. Your participation in the programs offered by the RRC is limited to employment, education, treatment, and religious services at the direction of the supervising officer. The defendant shall abide by the rules and requirements of the facility. |
| | **Supporting Evidence**: Taqiuddin Ibn Khalid has allegedly violated special condition number 1 since August 14, 2024, by failing to abide by the rules and requirements of the residential reentry center (RRC). |
| | On August 9, 2024, the offender commenced his public law placement at the RRC as arranged by the U.S. Probation Office, in response to his illicit drug use. |

Prob12C
Re: Khalid, Taqiuddin Ibn
October 29, 2024
Page 2

Since his arrival, Mr. Khalid has received 11 behavioral notes, four of which the offender was sanctioned for; the first behavioral note was issued on August 14, 2024, just 5 days after his arrival.

On August 18, 2024, the offender's assigned RRC case manager contacted this officer and advised that Mr. Khalid had received three behavioral notes in 3 days. The problematic behavior outlined included transgressions of the facility's regulations, to include possession of pornography, as well as behavior that "consistently exhibited a pattern of rude, vulgar and disrespectful behavior."

The undersigned subsequently contacted the offender and explained that his compliance with the rules and regulations of the facility is required by the conditions of his federal supervision, and failure to comply would be considered a violation of those conditions. Mr. Khalid insisted that he understood and committed to compliance.

Approximately 1 month later, on September 17, 2024, the assigned probation officer was again contacted by RRC staff. According to the information received, Mr. Khalid was found in possession of an electronic benefit transfer (EBT) card, which should have been returned to staff upon returning to the facility. When confronted about that issue, the offender reportedly had an attitude with his case manager; it should be noted that this was the second time this issue had been discussed with the Mr. Khalid.

Once again, on September 18, 2024, this officer contacted the offender. In addition to discussing his behavior at the RRC, this officer raised questions about why he would have an EBT card if he was fully employed and residing at the RRC, where they are not currently collecting subsistence from residents.

On October 13, 2024, this officer received notification that Mr. Khalid was "still having difficulties following basic instructions."

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    10/29/2024

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

Prob12C
**Re: Khalid, Taqiuddin Ibn**
**October 29, 2024**
**Page 3**

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violations contained in this petition with the other violations pending before the Court.
[X]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Thomas O. Rice
United States District Judge

October 30, 2024
_____
Date